# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2416 Disciplinary Docket No. 3 |
| | : | |
| BURT LEE BURNETT | : | Board File No. C1-17-499 |
| | : | |
| | : | (State Bar of Texas, Case Nos. |
| | : | 201601895 and 201602264) |
| | : | |
| | : | Attorney Registration No. 307992 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2017, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Burt Lee Burnett is suspended from the Bar of this Commonwealth for a period of one year. He shall comply with all the provisions of Pa.R.D.E. 217.